UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                             Case No. 2:01-cr-86-FTM-29DNF

WARRICK LASHAWN LEVY
_____

**OPINION AND ORDER**

This matter is before the Court on a Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #73), filed on October 17, 2011. Deemed included in the Joint Stipulation is defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines. Defendant seeks a reduction in his sentence in light of Amendment 750 to the United States Sentencing Guidelines, and this is not opposed by the United States. The Court entered an Order (Doc. #74) rejecting the joint stipulation as to the length of sentence, and invited defendant to file additional factual arguments. Defendant filed a Response (Doc. #75) on November 9, 2011.

The Court has already found that defendant is eligible for a reduction of his term of imprisonment under Amendment 750. The Court has reviewed the original Presentence Report and the supplemental Memorandum from the U.S. Probation Office, as well as the information provided by defendant. The Court agrees to exercise its discretion to reduce defendant's sentence, but rejects the recommended sentence in the Joint Stipulation. Under all the circumstances in this case, the Court finds that a sentence in the

mid-range is sufficient but not greater than necessary.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. The Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #73) is deemed to include defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines.

2. Defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines is **GRANTED IN PART AND DENIED IN PART** as set forth below.

3. The Clerk of the Court shall enter a Second Amended Judgment reducing the sentence imposed to one hundred fifty-seven (157) months imprisonment or time served, whichever is longer, and otherwise leaving all other components of the sentence as originally imposed. This Opinion and Order and the amended Judgment is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

4. The release of defendant pursuant to this Opinion and Order and amended Judgment shall be stayed for **ten** calendar days measured from the date of the filing of the amended Judgment, or until such time as the Bureau of Prisons has completed the release preparations, whichever is sooner.

**DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of November, 2011.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
U.S. Probation
U.S. Marshal
DCCD